BRYAN SCHRODER
United States Attorney

JENNIFER IVERS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00118-RRB-DMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) POSSESSION OF A FIREARM IN A |
| vs. | ) SCHOOL ZONE |
| | )    Vio. of 18 U.S.C. §§ 922(q)(2)(A) |
| LAQUINTON TYRONE DASHAWN ROBBINS, | ) and 924(a)(4) |
| | ) |
| | ) COUNT 2: |
| Defendant. | ) DISCHARGE OF A FIREARM IN A |
| | ) SCHOOL ZONE |
| | )    Vio. of 18 U.S.C. §§ 922(q)(3)(A) |
| | ) and 924(a)(4) |
| | ) |
| | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION: |
| | )    Pursuant to 18 U.S.C. § 924(d) and |
| | ) 28 U.S.C. § 2461(c) |
| | ) |

//

//

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about October 3, 2018, within the District of Alaska, the defendant, LAQUINTON TYRONE DASHAWN ROBBINS, did knowingly possess a firearm, to wit: a Sig Sauer .40 caliber handgun, that had moved in and affected interstate and foreign commerce, a firearm, on the grounds of Denali Montessori School in Anchorage Alaska, a place that the defendant knew and had reasonable cause to believe was a school zone.

All of which is in violation of 18 U.S.C. §§ 922(q)(2)(A) and 924(a)(4).

## COUNT 2

On or about October 3, 2018, within the District of Alaska, the defendant, LAQUINTON TYRONE DASHAWN ROBBINS, did knowingly and with reckless disregard for the safety of another discharge a firearm, to wit: a Sig Sauer .40 caliber handgun, that had moved in and affected interstate and foreign commerce, a firearm, on the grounds of Denali Montessori School in Anchorage Alaska, a place that the defendant knew and had reasonable cause to believe was a school zone.

All of which is in violation of 18 U.S.C. §§ 922(q)(3)(A) and 924(a)(4).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(q)(2)(A), 922(q)(3)(A), and 924(a)(4), as set forth in Counts 1 and 2 of this Indictment, the defendant, LAQUINTON TYRONE DASHAWN ROBBINS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following, a Sig Sauer .40 caliber pistol, serial number 24B286255, and any associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Special Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:  October 17, 2019

Page 3 of 3

Case 3:19-cr-00118-RRB-DMS   Document 2   Filed 10/18/19   Page 3 of 3